UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION



FILED

JUL 11 2016

CLERK'S OFFICE
U.S. DISTRICT COURT

DERRICK LEE SMITH,#267009,

    Plaintiff-Petitioner,           Case No. 14-14790

-vs-                       HON. TERRENCE G. BERG

MICHIGAN DEPARTMENT OF        U.S. DISTRICT COURT JUDGE

CORRECTIONS HEARINGS DIVISION, et al.,

    Defendants-Respondents,

_____/

### PLAINTIFF DERRICK LEE SMITH's MOTION TO HAVE
### SENTENCE CHANGED TO INVOLUNTARY MANSLAUGHTER WITH A
### 10 YEAR MINIMUM TO A 15 YEAR MAXIMUM
### AND RELEASE OF THE PETITIONER
### FROM CUSTODY OF THE STATE PRISON
### SYSTEM ON PAROLE ELIGIBILITY

    Now comes the Plaintiff-Petitioner in pro per and in the above cause and herby moves this court to enter an order to Grant the above relief and as such to enter the relief on the record.

    A Brief in Support will issue shortly.

Thank you

Please place this matter on the record.

    Thank you for your time on this matter.

Respectfully Submitted By:

_____

Mr. Derrick Lee Smith

#267009-B-6-Top

E.C. Brooks Correctional Facility

2500 S. Sheridan Drive

Muskegon, MI 49442

MR. DERRICK LEE SMITH
#267400-846-700
E.C./BROOKS CORRECTIONAL FACILITY
2500 S. SHERIDAN DRIVE
MUSKEGON, MI 49444

CLERK, U.S. DISTRICT COURT
231 W. LAFAYETTE BLVD
DETROIT, MI 48226

48226$2700 C008